DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CRYSTAL BURNETT-TURNER,

Appellant,

v.

BARRY TURNER,

Appellee.

No. 2D22-2716

_____

September 22, 2023

Appeal from the Circuit Court for Hillsborough County; Helene L. Daniel, Judge.

Deborah L. Thomason of The Women's Law Group, P.L., Tampa, for Appellant.

Lawrence Jacob Hodz of Cortes Hodz Family Law and Mediation, P.A., Tampa, for Appellee.

Kim A. Maxwell of Older, Lundy, Koch, & Martino, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.